# Court of Appeals
# of the State of Georgia

ATLANTA,___June 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0033. IN RE KHASIN.**
**A15E0034, A15E0035, A15E0036. THE STATE v. SHOOB (three cases).**

A superior court has entered an order and filed it in a case styled, "*In re Khasin*," Case Number 2015-EX-00741, in which the judge purports to recuse from matters handled by a particular assistant district attorney, but not from the cases themselves.[1] The State has filed four emergency motions, one directly arising from the order in *In re Khasin* and three to stay specific criminal cases potentially affected by the *Khasin* order.[2] These emergency motions, however, do not meet the requirements of Court of Appeals Rule 40 (b) because direction to the trial court is "not necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot."[3] Accordingly, the emergency motions are **DENIED**.

---

[1] Uniform Superior Court Rule 25 explains the procedures for recusal from a particular case or proceeding. See also *In re Inquiry Concerning a Judge No.93-154*, 263 Ga. 883, 884 (440 SE2d 169) (1994) ("Questions of recusal must be considered on a case-by-case basis, applying the pertinent laws of this State."); Ga. Code of Judicial Conduct Canon 2.11 (A) ("Judges shall disqualify themselves in any proceeding in which their impartiality might reasonably be questioned, or in which: (1) The judge has a personal bias or prejudice concerning a party or a party's lawyer. . . .") (emphasis omitted).

[2] The State has styled the three emergency motions to stay in the criminal cases as against the superior court judge in her official capacity.

[3] We note that the appeal of *In re Khasin* was docketed in this court on June 10, 2015.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*    06/10/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*     *, Clerk.*